

**Courtney Bodie <clb@temoses.com>**

## Gym payment

**Tanya Hayden** <haydenhome@yahoo.com>  Fri, May 1, 2015 at 11:29 AM
To: Courtney Bodie <Clb@moseslawgroup.com>

Dear Courtney,

I wanted to let you know that neither Dennis nor I have received the $25,000 payment under the Promissory Note that was due from Dan Hayden on April 30, 2015.

Thank you,

Tanya Hayden