IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL HAYDEN and HAYDENS INTERNATIONAL GYMNASTICS ACADEMY, INC., | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | CV 115-020 |
| DENNIS HAYDEN and TANYA HAYDEN, | ) ) | |
| Defendants/Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ROBERT GIANCROCE, | ) ) | |
| Third-Party Defendant. | ) | |

**O R D E R**

On June 19, 2015, the Court entered an order granting in part the motions to quash and for a protective order filed by non-parties C&C Gymnastics, LLC ("C&C Gymnastics"), Cassandra Hayden, and Candice Kobert. (See doc. no. 42.) Consistent with the proposal presented at today's telephone conference by counsel for Plaintiffs and the non-party subpoena recipients, the Court hereby **MODIFIES** page four of its June 19th Order as follows. Plaintiffs shall provide C&C Gymnastics with a spreadsheet listing only those individuals who (1) were customers of Haydens International Gymnastics Academy, Inc., as of May 14, 2014, the date of the acquisition; and (2) are no longer customers of Haydens

International Gymnastics Academy, Inc., as of today's date.  All other provisions of the June 19th Order shall remain in full force and effect.

SO ORDERED this 29th day of June, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA