# United States District Court
## Southern District of Georgia

DANIEL HAYDEN, et al

**NOTICE**

v.

DENNIS HAYDEN, et al

CASE NUMBER:   CV 115-20

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>600 James Brown Boulevard<br>Augusta, Georgia | Courtroom 2 |
| | DATE AND TIME |
| | 11/9/15 at 2:00 pm |

TYPE OF PROCEEDING

MOTIONS HEARING (docs 13, 43)

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/16/15
DATE

s/Elizabeth Slater
(BY) DEPUTY CLERK

Phone No.  912.269.2884

To
Brian King
John Donsbach
Charles Wills

Dennis Hayden
747 Gregs Drive
Harrisburg, PA 17111

Tanya Hayden
747 Gregs Drive
Harrisburg, PA17111

GAS Rev 2/5/02