IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DANIEL HAYDEN and HAYDENS INTERNATIONAL GYMNASTICS ACADEMY, INC., <br>     *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> DENNIS HAYDEN and TANYA HAYDEN, <br>     *Defendants/Counter-Plaintiffs*, <br><br> and <br><br> ROBERT GIANCROCE, <br>     *Third-Party Defendant*. | Case No. 1:15-cv-020 <br><br> <u>*Jury Trial Demanded*</u> |

**MOTION TO AVOID ENTRY OF DEFAULT ON THIRD-PARTY DEFENDANT'S COUNTERCLAIM**

COME NOW Defendants/Counter-Plaintiffs Dennis Hayden and Tanya Hayden ("<u>*Defendants*</u>"), by and through their undersigned counsel of record, and respectfully request to avoid entry of default on Third-Party Defendant's Counterclaim:

Defendants moves to avoid the entry of default by the clerk for Plaintiff's failure to answer Third-Party Defendant's Counterclaim in a timely manner. Defendants show that it was unintentionally not answer. Defendants' original counsel provided written notice to Defendants regarding his withdrawal from the case on August 4, 2015. Doc. No. 65. The Counterclaim was filed on August 10, 2015. Doc. No. 61. Defendants' former counsel was removed from the roll of attorneys admitted to practice in this Court on August 19, 2015. Case No. 1:15-mc-00005-DHB-BKE. Undersigned counsel entered an appearance on October 21, 2015 – after the expiration of the time to respond to the counterclaim and unaware that a response had not been filed. Third-

Party Defendant will suffer no prejudice by allowing Defendants to avoid entry of default and file an answer. Whereas, Defendants will suffer prejudice through no fault of their own.

Wherefore Defendants respectfully request the Court allow Defendants to avoid entry of default.

This 22nd day of February, 2016.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Defendants
nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of February, 2016.            /s/ Nathan E. Huff
                                                                    Nathan E. Huff