UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL HAYDEN and HAYDENS INTERNATIONAL GYMNASTICS ACADEMY, INC., | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | Civil Action No.1:15-cv-020 |
| DENNIS HAYDEN and TANYA HAYDEN, | ) ) | |
| Defendants/Counter-Plaintiffs, | ) ) | |
| and | ) ) | |
| ROBERT GIANCROCE, | ) ) | |
| Third-Party Defendant. | ) ) | |

## REQUEST FOR CLERK TO ENTER DEFAULT
## AS TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs file this Request for Clerk to Enter Default as to Plaintiffs' Amended Complaint and submit the Declaration of John A. Donsbach in support of this request. Plaintiffs request the Clerk of Court to enter a default against Defendants Dennis Hayden and Tanya Hayden on the basis that the record in this case demonstrates there has been a failure to plead or otherwise defend against the Amended Complaint filed by Plaintiffs.

Respectfully submitted, this 9th day of March, 2016.

                                            s/ J. Brian King
                                            J. Brian King
                                            Georgia Bar No. 420948

                                            s/ John A. Donsbach
                                            John A. Donsbach
                                            Georgia Bar No. 225827

                                            Attorneys for Plaintiffs
                                            Donsbach & King, LLC
                                            P.O. Box 212139
                                            Martinez, Georgia  30917-2139
                                            Telephone:  (706) 650-8750
                                            Facsimile:  (706) 651-1399
                                            Email:  bking@donsbachking.com
                                                              jdonsbach@donsbachking.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 9th day of March, 2016, the undersigned filed the foregoing REQUEST FOR CLERK TO ENTER DEFAULT AS TO PLAINTIFFS' AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of the filing to all counsel of record, and by depositing same in the United States mail, postage prepaid, addressed as follows:

> Nathan E. Huff, Esq.
> Law Office of Nathan E. Huff
> 228 Baston Road
> Augusta, Georgia  30907

This 9th day of March, 2016.

> s/ J. Brian King
> J. Brian King