IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| DANIEL HAYDEN and HAYDENS INTERNATIONAL GYMNASTICS ACADEMY, INC., <br>     *Plaintiffs/Counter-Defendants*, <br> v. <br> DENNIS HAYDEN and TANYA HAYDEN, <br>     *Defendants/Counter-Plaintiffs*, <br> and <br> ROBERT GIANCROCE, <br>     *Third-Party Defendant*. | Case No. 1:15-cv-020 |

### MOTION TO AVOID PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AS TO PLAINTIFFS' AMENDED COMPLAINT

COME NOW Defendants Dennis Hayden and Tanya Hayden ("Defendants"), by and through their undersigned counsel of record, and respectfully request to avoid entry of default as to Plaintiffs' Amended Complaint:

Plaintiffs filed their amended complaint on November 19, 2016 to overcome Defendants' motion to dismiss for failure to state a claim. Doc. Nos. 70, 71. Plaintiffs filed said amendment without leave of court but upon consent of Defendants' counsel. Doc. No. 91-6. The only change from the original complaint (Doc. No. 1) and the amended complaint was the addition of several words and paragraphs to attempt to conform to a viable claim for unjust enrichment. Defendants' filed their motion to dismiss Plaintiffs' complaint pursuant to FRCP 12(b)(6), as to the unjust enrichment count, on November 5, 2015. Doc. No. 70. Plaintiffs' amended complaint did not alleviate the insufficiencies of the original complaint because Plaintiffs incorporated the

1

allegation, in their claim for unjust enrichment, that the "Agreement is a legally binding contract." Doc. No. 71, paras. 21, 25. Defendants did not withdraw their motion to dismiss the unjust enrichment claim because the amended complaint is equally as ineffective as to unjust enrichment claim as the Plaintiffs' initial complaint. Defendants request that the Court grant their motion to dismiss as to the unjust enrichment claims in both the complaint and amended complaint.

In the alternative, Defendants ask the Court to find that the failure to answer Plaintiffs' amended complaint is only excusable neglect contributed to their counsel who believed the motion to dismiss continued to apply to Plaintiffs' unjust enrichment claim. The amended complaint simply added a paragraph that Plaintiffs now plead unjust enrichment as an "alternative theory" and recited the elements of an unjust enrichment claim. Doc. No. 71, pp. 5-6. Plaintiffs will suffer no prejudice by allowing Defendants to avoid entry of default and to file an answer. The case has proceeded without interference. The amended complaint states practically the same, albeit ineffective, claim for unjust enrichment and those allegations were already denied by Defendants. If default is granted, Defendants will suffer prejudice through no fault of their own.

This 9th day of March, 2016.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Defendants
nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 9th day of March, 2016.          /s/ Nathan E. Huff
                         Nathan E. Huff