IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL HAYDEN and HAYDENS INTERNATIONAL GYMNASTICS ACADEMY, INC., | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | CV 115-020 |
| DENNIS HAYDEN and TANYA HAYDEN, | ) ) ) | |
| Defendants/Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ROBERT GIANCROCE, | ) ) | |
| Third-Party Defendant. | ) | |

**ORDER**

Because the mediation on August 5, 2016, concluded with an agreement in principle to settle all claims and counterclaims, with a deadline of August 31, 2016 for the parties to file an executed final settlement agreement and proposed consent decree, all pending discovery and dispositive motions are **MOOT**. (Doc. nos. 70, 74, 84, 93, 94, 97, 100, 101, 115, 116, 117, 127-1, 127-2.) In the unlikely event the parties are unsuccessful in finalizing the settlement terms, the Court will conduct a conference to discuss the impasse and, if necessary, a new schedule for motions and trial.

SO ORDERED this 24 day of August, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA